```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARMANDO DOMINGUEZ,

                       Plaintiff,

        -against-

AMSTERDAM GOURMET FOODS, INC. et al.,

                       Defendant.

---------------------------------------------------------------X

20-CV-5305 (JMF) (KHP)

**ORDER SCHEDULEING TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to me for settlement purposes (docket no. 6).  A telephone conference will be held on **Wednesday, August 19, 2020 at 12:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendant.**

      SO ORDERED.

DATED:    New York, New York
              July 14, 2020

                                               *Katharine H Parker*
                                               _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge