CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2020
```

# MEMO ENDORSED

December 8, 2020

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   **Dominguez v. Amsterdam Gourmet Foods, Inc., et al.**
>       **Case No. 20-CV-5305 (JMF) (KHP)**

Dear Judge Parker,

We are counsel to the plaintiff in the above-referenced matter. A settlement conference is scheduled before Your Honor on Monday, December 14, 2020 at 11:00 a.m. However, the parties are pleased to advise that they have reached a settlement in principle. Accordingly, please accept this letter as the parties' joint request to adjourn the conference *sine die*.

We thank the Court for considering this application.

Respectfully submitted,

/s/

Justin Cilenti

cc: Mara Lowenstein, Esq. (by ECF)

**In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for Monday, December 14, 2020 at 11:00 a.m. is hereby adjourned sine die.**

**SO ORDERED:**

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**12/09/2020**