**CILENTI & COOPER, PLLC**

ATTORNEYS AT LAW

10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

———

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 23, 2020

Pursuant to Paragraph 1(E) of the Court's Individual Rules, requests for extensions should be made at least 48 hours in advance of the deadline. Still, as a courtesy, the Court GRANTS the Application. The Clerk of Court is directed to terminate ECF No. 26. SO ORDERED.

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

December 23, 2020

Re:     *Dominguez v. Amsterdam Gourmet Foods, Inc., et al.*
        Case No. 20-CV-5305 (JMF) (KHP)

Dear Judge Furman,

We are counsel to the plaintiff in the above-referenced matter. Pursuant to the Court's Order, the parties are directed to file their settlement papers for approval by today. Please accept this letter as the parties' joint request for a short extension of time – until December 30, 2020, as the parties finalize the necessary paperwork.

No prior request for similar relief has been made.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: D. Mara Lowenstein, Esq. (by ECF)